DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LIBER VICTORIA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-189

[July 22, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen Miller, Judge; L.T. Case No. 502007CF016463AXX, 502007CF016043AXX, 502007CF16464AXX, 502007CF018456AXX, 502007CF018454AXX, 502007CF017188AXX.

Liber Victoria, Avon Park, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KLINGENSMITH, and KUNTZ, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***